23596

BUILDERAMA, INC., Respondent v. Otto MORTON d/b/a Morton Home .Builders, Appellant.

(415 S.E. (2d) 796)

Supreme Court

*Frank B. McMaster*, Columbia, *for appellant.*

*Vincent H. Davison, Jr.*, Augusta, Ga., *for respondent.*

Submitted Feb. 19, 1992.

Decided Mar. 16, 1992.

HARWELL, Chief Justice:

The issue is whether the trial judge erred in denying appellant Otto Morton d/b/a Morton Home Builders a jury trial. We reverse and remand for trial.

## I. FACTS

Respondent Builderama, Inc. instituted a collection action against appellant for the balance due on a commercial credit account. Appellant denied the allegations of the complaint, asserted a counterclaim, and demanded a jury trial. The trial judge denied appellant's demand for a jury trial and referred the action to the master-in-equity.

## II. DISCUSSION

Appellant asserts that the trial judge erred in denying him a jury trial. We agree.

Issues of fact in an action for the recovery of money must be tried by a jury, unless a jury trial be waived. Rule 38(a), SCRCP. The compulsory order of reference to the master-in-

equity deprived appellant of a mode of trial to which he is entitled as a matter of right, and thus was improper.

We hold that the trial judge erred in denying appellant a jury trial. The order of the trial judge denying appellant's demand for a jury trial is reversed, and the case remanded for trial.

Reversed and remanded.

CHANDLER, FINNEY, TOAL and MOORE, JJ., concur.